In the Matter of GLORIA M. VANDERBILT.

GEORGE W. WICKERSHAM et al., as General Guardians of the Property of GLORIA L. M. VANDERBILT, an Infant, Appearing Specially, Appellants; GERTRUDE V. WHITNEY, Respondent.

(Submitted January 20, 1936; decided January 28, 1936.)

*Frank L. Crocker* for motion.

*Henry W. Taft* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.